IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELIJAH KWAME BROWN,

    Plaintiff,      :    Case No. 2:20-cv-5266

   -vs-                          Judge Sarah D. Morrison
                                    Magistrate Judge Chelsey M. Vascura

NICHOLAS C. SIERS,

                           :

    Defendant.

## **ORDER**

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on October 19, 2020. (ECF No. 5.) In that filing, the Magistrate Judge granted Plaintiff's request to proceed *in forma pauperis*. The Magistrate Judge also performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss Plaintiff's Complaint for failure to assert any claim over which this Court has subject matter jurisdiction but without prejudice to filing the state-law claims in state court. (*Id.*) The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 5) and **DISMISSES** the Complaint (ECF No. 1) without prejudice to filing the state-law claims in state court. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

 /s/ Sarah D. Morrison
SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE